**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Indiana

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Gary <br> First name <br><br> Lawrence <br> Middle name <br><br> Brackett <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 7 9 3 7 <br> OR <br> 9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br> OR <br> 9 xx – xx – ____ ____ ____ ____ |

Debtor 1    Gary Lawrence Brackett

First Name    Middle Name    Last Name

Case number (*if known*)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>EIN<br><br>_____<br>EIN | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>_____<br>EIN<br><br>_____<br>EIN |
| **5. Where you live** | 2583 Manigault Street<br>Number        Street<br><br>_____<br><br>Carmel                        IN        46032<br>City                        State    ZIP Code<br>Hamilton County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number        Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                        State    ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number        Street<br><br>_____<br><br>_____<br>City                        State    ZIP Code<br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number        Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                        State    ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

| Debtor 1 | Gary Lawrence Brackett | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

## Part 2:   Tell the Court About Your Bankruptcy Case

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known_____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known_____ |

---

**11.** **Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you?

   ☑ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    Gary Lawrence Brackett
_____

First Name        Middle Name        Last Name

Case number (if known)_____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.    What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

---

Debtor 1     Gary Lawrence Brackett
         First Name     Middle Name     Last Name

Case number *(if known)*_____

---

**Part 5:**    Explain Your Efforts to Receive a Briefing About Credit Counseling

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.**   I am currently on active military duty in a military combat zone. | ☐ **Active duty.**   I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | Gary Lawrence Brackett | | Case number *(if known)* |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☑ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Gary Lawrence Brackett                    ✖ _____

Signature of Debtor 1                                      Signature of Debtor 2

Executed on   08/19/2021                             Executed on _____
              MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1    Gary Lawrence Brackett
_____

First Name    Middle Name    Last Name

Case number (if known)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ /s/ John Allman
_____

Signature of Attorney for Debtor

Date    08/19/2021
_____

MM   /   DD  / YYYY

John Allman
_____

Printed name

Hester Baker Krebs LLC
_____

Firm name

One Indiana Sq
_____

Number    Street

Suite 1330
_____

Indianapolis                         IN          46204
_____

City                                 State       ZIP Code

Contact phone  317-833-3030          Email address  jallman@hbkfirm.com
_____              _____

29605-49                             IN
_____              _____

Bar number                           State

---

**Fill in this information to identify your case:**

Debtor 1    Gary Lawrence Brackett

First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Southern District of Indiana

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................... | $0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*..................................... | $2,000,134.55 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................... | $2,000,134.55 |

## Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ............ | $6,413.17 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ........................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..................................... | + $5,743,790.55 |
| **Your total liabilities** | $5,750,203.72 |

## Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ................................................................. | $4,670.10 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ...................................................................... | $8,137.00 |

Debtor 1    Gary Brackett

First Name        Middle Name         Last Name

Case number *(if known)* _____

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $_____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $_____ 0.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Gary Lawrence Brackett |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the:  Southern District of Indiana

Case number
(if know) _____

☐ Check if this is
an amended
filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
    ☑ No. Go to Part 2
    ☐ Yes. Where is the property?

### Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
    ☐ No
    ☑ Yes

3.1 Make: BMW

Model: 750LI

Year: 2013

Approximate mileage: 102,000

Other information:

Condition:Value is per attached appraisal by Fife Real Estate & Auction Service; Vehicle is in the shop and needs $2,500 in repairs;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 10,000.00 | $ 10,000.00 |

3.2 Make: Chevrolet

Model: Suburban

Year: 2011

Approximate mileage: 118,000

Other information:

Condition:Value is per attached appraisal by Fife Real Estate & Auction Service; vehicle has a salvage title;

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 5,000.00 | $ 5,000.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☑ No
    ☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ....................................................................➤

$15,000.00

### Part 3:  Describe Your Personal and Household Items

Debtor 1    <u>Gary     Lawrence     Brackett</u>              Case number *(if known)* _____
       First Name     Middle Name     Last Name

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? |
|---|---|

**6. Household goods and furnishings**

Do not deduct secured claims or exemptions.

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe...

| Household Goods and Furnishings (includes 5 TVs and ping pong table) (value per attached appraisal by Fife Real Estate & Auction Service) | $ 5,000.00 |

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

| 2 sound bars; desktop computer; laptop computer; iPad | $ 6,500.00 |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe...

| 8 signed NFL jerseys | $ 1,000.00 |

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe...

| Weight Room Equipment, Peloton, dumbbells, boxing equipment, golf clubs (value per attached appraisal by Fife Real Estate & Auction Service, plus $1,000 for the Peloton and golf clubs) | $ 4,200.00 |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe...

| 9mm handgun | $ 250.00 |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Clothing | $ 2,000.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

☐ No
☑ Yes. Describe...

| Gucci Digital Work Out Watch (non-functioning) ($50); Jorg Gray watch with black case and dial ($25); Dolce & Gabbana Square Steel Watch (non-functioning) ($0); AFC Championship Ring, 14K yellow gold, diamond and sapphire ring ($3,000); Super Bowl Championship ring, 14K white gold, diamond and synthetic sapphire ring - ring has several stones missing and the sapphire is chipped ($12,000); Blum Lux Prince Quattro Quartz Watch (non-functioning due to screw stuck in case back) ($0) | $ 15,075.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

Debtor 1 ___Gary Lawrence Brackett___
      First Name    Middle Name    Last Name

Case number*(if known)* _____

---

| 15. | Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here............................................................................................➤ | $34,025.00 |
|---|---|---|

---

### Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?

Do not deduct secured claims or exemptions.

**16.  Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes...............................................................................................................................    Cash ..........................  $ 150.00

**17.  Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................

                   Institution name:

| 17.1. Checking account: | JPMorgan Chase Bank, N.A. (ending in 0940) | $ 55.28 |
|---|---|---|
| 17.2. Other financial account: | Venmo | $ 0.00 |
| 17.3. Other financial account: | PayPal | $ 0.00 |
| 17.4. Other financial account: | Gene Upshaw NFL Player Health Reimbursement Account Plan with ERISA spendthrift provisions | $ 106,749.00 |

**18.  Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| GLB 1, LLC | 100 % | $ Unknown |
| Stacked Pickle Franchising, LLC | 100 % | $ 0.00 |
| SPSP, LLC | 70 % | $ 0.00 |
| Ridgewood Energy Z Fund, LLC | 1 % | $ Unknown |
| Ridgewood Energy A-1 Fund, LLC | 1 % | $ Unknown |
| Brackett Production, LLC | 100 % | $ 0.00 |
| Prop 58, LLC | 100 % | $ 0.00 |
| Char Blue, LLC | 100 % | $ 0.00 |
| Vrsus Holdings, LLC | 7 % | $ 0.00 |
| SP Dayton, LLC | 70 % | $ 0.00 |
| Brackett Restaurant Group, LLC | 100 % | $ 0.00 |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

Debtor 1 ___Gary___ ___Lawrence___ ___Brackett___
First Name         Middle Name         Last Name

Case number *(if known)* _____

---

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account | Institution name | |
|---|---|---|
| 401(k) or similar plan: | NFL Player Benefits with ERISA spendthrift provisions | $ 1,044,115.00 |
| Pension plan: | Bert Belle/Pete Rozelle NFL Player Retirement Plan | $ 0.00 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes...................   Institution name or individual:

Other                 Applied Bank (pre-paid credit card)                                    $ 90.27

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☐ No
☑ Yes......................

Issuer name and description:

| | |
|---|---|
| NFL Player Annuity Program (tax-qualified account) with ERISA spendthrift provisions | $ 670,471.00 |
| NFL Player Annuity Program (non-qualified account) with ERISA spendthrift provisions | $ 127,629.00 |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes......................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| 2020 Tax Return on extension, 2020 Tax Return on extension | Federal: | $ Unknown |
| | State: | $ Unknown |
| | Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

Debtor 1 ___Gary Lawrence Brackett_____ Case number*(if known)* _____
          First Name      Middle Name      Last Name

---

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No
☑ Yes. Give specific information....

| Potential cause of action against former financial planner | $ Unknown |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................➤  $ 1,949,259.55

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe...

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe...

| 2 desks; 2 speakers; PC; 2 monitors; TV; Chair; Audio Equipment; Video Equipment (value per attached appraisal by Fife Real Estate & Auction Service) | $ 1,850.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

41. **Inventory**

☑ No
☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

Debtor 1    Gary Lawrence Brackett                                                Case number*(if known)* _____
First Name    Middle Name    Last Name

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information ...........

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................................➤    $ 1,850.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ................................➤    $ 0.00

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2**................................................................................➤    $ 0.00

56. **Part 2: Total vehicles, line 5**    $ 15,000.00

57. **Part 3: Total personal and household items, line 15**    $ 34,025.00

58. **Part 4: Total financial assets, line 36**    $ 1,949,259.55

59. **Part 5: Total business-related property, line 45**    $ 1,850.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**    + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................    $ 2,000,134.55    Copy personal property total ➤    + $ 2,000,134.55

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    $ 2,000,134.55

**Gary Brackett**
**2583 Manigault Street**
**Carmel, IN 46032**

**Personal Property**

living room
L-shape couch/bookshelf/plastic tub/TV
trash container/credenza                          $       390.00

dining area
table/(6) chairs/TV                                       610.00

family room
L-shape couch/ottoman/TV/bookshelf
wall hangings/foot massager                               525.00

kitchen
(3) bar chairs/glassware/utensils/dishes                  225.00

eating area
table/(6) chairs/sweeper                                  470.00

lower level
family room
ping pong table/(4) chairs/couch
wall hangings/(4 ottomans/stool/TV                        560.00

closet
luggage                                                    60.00

bedroom
Q-bed                                                     100.00

2nd floor
sitting area
(2) 4 drawer files/(3) drawer file/(2) child desks
book shelf/ foot massager/chair/shelf/fan                 395.00

master bedroom
dressing mirror/(2) night stands/K-bed/TV
(2) dressers/light ring/wall hangings/lamp/fan            915.00

bedroom
bunk-beds/dresser                                    465.00

bedroom
Q-bed/dresser/night stand                            285.00

**Total**                          $     5,000.00

2013 BMW 750LI 95,412 miles good tires
VIN: WBAYF*C52DD139856 needs repairs    $    10,000.00

2011 Suburban 111,848 miles good tires
VIN:  1GNSKJE39BR399234                 $     5,000.00

### 4287 W. 96th Street

studio
(2) desks/(2) speakers/PC/ (2) monitors/TV
chair/audio equipment/video equipment            1,850.00

weight room
( sets free weights/bench/Smith machine
hoist/punching bag/wall hangings
push-pull up machine/boxing glover               3,200.00

**Total**                          $     4,550.00

**Grand Total**                    $    24,550.00

August 3, 2020


Jack Fife, CRB, CAI, AARE

Fife Real Estate & Auction Service
4061 N. Meridian Street
Indianapolis, IN 46208
317.251.9402

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gary Lawrence Brackett | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Southern District of Indiana

Case number
(If known) _____

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2013 BMW 750LI<br>Line from *Schedule A/B*:  3.1 | $ 10,000.00 | ☑ $ 3,586.83<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(2) |
| Brief description: 2011 Chevrolet Suburban<br>Line from *Schedule A/B*:  3.2 | $ 5,000.00 | ☑ $ 163.17<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(2) |
| Brief description: Household goods - Household Goods and Furnishings (includes 5 TVs and ping pong table) (value per attached appraisal by Fife Real Estate & Auction Service)<br>Line from *Schedule A/B*:  6 | $ 5,000.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(2) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Debtor  **Gary Lawrence Brackett**
First Name   Middle Name   Last Name

Case number *(if known)* _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Electronics - 2 sound bars; desktop computer; laptop computer; iPad<br>Line from Schedule A/B:   7 | $ 6,500.00 | ☑ $ 6,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(2) |
| Brief description: Collectibles of value - 8 signed NFL jerseys<br>Line from Schedule A/B:   8 | $ 1,000.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(2) |
| Brief description: Sports and hobby equipment - Weight Room Equipment, Peloton, dumbbells, boxing equipment, golf clubs (value per attached appraisal by Fife Real Estate & Auction Service, plus $1,000 for the Peloton and golf clubs)<br>Line from Schedule A/B:   9 | $ 4,200.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(2) |
| Brief description: Firearms - 9mm handgun<br>Line from Schedule A/B:   10 | $ 250.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(2) |
| Brief description: Clothing - Clothing<br>Line from Schedule A/B:   11 | $ 2,000.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(2) |
| Brief description: Jewelry - Gucci Digital Work Out Watch (non-functioning) ($50); Jorg Gray watch with black case and dial ($25); Dolce & Gabbana Square Steel Watch (non-functioning) ($0); AFC Championship Ring, 14K yellow gold, diamond and sapphire ring ($3,000); Super Bowl Championship <br>Line from Schedule A/B:   12 | $ 15,075.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(2) |
| Brief description: Cash on Hand (Cash On Hand)<br>Line from Schedule A/B:   16 | $ 150.00 | ☑ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(3) |
| Brief description: JPMorgan Chase Bank, N.A. (ending in 0940) (Checking)<br>Line from Schedule A/B:   17.1 | $ 55.28 | ☑ $ 55.28<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(3) |
| Brief description: Venmo (Other)<br>Line from Schedule A/B:   17.2 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(3) |
| Brief description: PayPal (Other)<br>Line from Schedule A/B:   17.3 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(3) |
| Brief description: Gene Upshaw NFL Player Health Reimbursement Account Plan with ERISA spendthrift provisions (Other)<br>Line from Schedule A/B:   17.4 | $ 106,749.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(7); Ind. Code Ann. § 34-55-10-2 (c)(8) |
| Brief description: NFL Player Benefits with ERISA spendthrift provisions<br>Line from Schedule A/B:   21 | $ 1,044,115.00 | ☐ $<br>☑ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(6) |

Debtor    **Gary Lawrence Brackett**
          First Name    Middle Name    Last Name

Case number (*if known*)_____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Bert Belle/Pete Rozelle NFL Player Retirement Plan<br><br>Line from *Schedule A/B*: 21 | $ 0.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(6) |
| Brief description: Applied Bank (pre-paid credit card) (Security Deposits)<br><br>Line from *Schedule A/B*: 22 | $90.27 | ☑ $ 90.27<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(3) |
| Brief description: NFL Player Annuity Program (tax-qualified account) with ERISA spendthrift provisions<br><br>Line from *Schedule A/B*: 23 | $670,471.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(6) |
| Brief description: NFL Player Annuity Program (non-qualified account) with ERISA spendthrift provisions<br><br>Line from *Schedule A/B*: 23 | $127,629.00 | ☑ $ 127,629.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ind. Code Ann. § 34-55-10-2 (c)(6) |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Gary Lawrence Brackett
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Southern District of Indiana

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write
your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | $ 6,413.17 | $ 10,000.00 | $ 0.00 |
|---|---|---|---|---|

The Huntington National Bank
Creditor's Name

P.O. Box 5065
Number    Street

Cleveland OH    44101
City    State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a
community debt**

Date debt was incurred  06/27/2016

2013 BMW 750LI - $10,000.00

**As of the date you file, the claim is:** Check all
that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or
secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 3405

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 6,413.17 | |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection
agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.
Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have
additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1        Gary Lawrence Brackett
                First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Southern District of Indiana

Case number
(if know)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Property* **(Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Indiana Dept. of Revenue
Priority Creditor's Name

Bankruptcy Section, N-240
Number        Street

100 N. Senate Avenue

Indianapolis IN        46204-0000
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?**  through Petition Date

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$ Unknown    $ Unknown    $ Unknown

| 2.2 | Indiana Dept. of Workforce Development | | Last 4 digits of account number ____ ____ ____ ____ | | $ <u>Unknown</u> | $ <u>Unknown</u> | $ <u>Unknown</u> |

**Indiana Dept. of Workforce Development**
Priority Creditor's Name

10 N. Senate Avenue
Number    Street

Room SE106

Indianapolis IN    46204-2277
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** <u>through Petition Date</u>

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

| Part 1: | Your PRIORITY Unsecured Claims – Continuation Page | | | |
|---|---|---|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.3**

Internal Revenue Service
Priority Creditor's Name

P.O. Box 7346
Number    Street

Philadelphia PA    19101-7346
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**  through Petition Date

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: $ Unknown    Priority amount: $ Unknown    Nonpriority amount: $ Unknown

**2.4**

Ohio Department of Taxation
Priority Creditor's Name

P.O. Box 1090
Number    Street

Columbus OH    43216-1090
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?**  through Petition Date

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: $ Unknown    Priority amount: $ Unknown    Nonpriority amount: $ Unknown

**2.5**

Ohio Dept. of Job & Family Services
Priority Creditor's Name

P.O. Box 1618
Number    Street

Columbus OH    43216-1618
City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: $ Unknown    Priority amount: $ Unknown    Nonpriority amount: $ Unknown

Case 21-05650-RLM-7A   Doc 1   Filed 08/27/21   EOD 08/27/21 13:55:50   Pg 25 of 90

| 2.6 | | |
|---|---|---|
| **Ragan Brackett** | **Last 4 digits of account number** ____ ____ ____ ____ | |
| Priority Creditor's Name | **When was the debt incurred?** _____ | |
| 6841 Fox Lake Dr. S. | | |
| Number     Street | **As of the date you file, the claim is:** Check all that apply. | |
| Indianapolis IN     46278 | ☑ Contingent | |
| City     State     ZIP Code | ☑ Unliquidated | |
| **Who owes the debt?** Check one. | ☑ Disputed | |
| ☑ Debtor 1 only | | |
| ☐ Debtor 2 only | **Type of PRIORITY unsecured claim:** | |
| ☐ Debtor 1 and Debtor 2 only | ☑ Domestic support obligations | |
| ☐ At least one of the debtors and another | ☐ Taxes and certain other debts you owe the government | |
| ☐ **Check if this claim relates to a community debt** | ☐ Claims for death or personal injury while you were intoxicated | |
| **Is the claim subject to offset?** | ☐ Other. Specify | |
| ☑ No | | |
| ☐ Yes | | |

**Part 2:** **List All of Your NONPRIORITY Unsecured Claims**

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing else to report in this part. Submit to the court with your other schedules.

☑ Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

| 4.1 | | |
|---|---|---|
| 516 Northwestern Associates, LP | **Last 4 digits of account number** ____ ____ ____ ____ | $ Unknown |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |
| Purdue Research Foundation | | |
| Number     Street | **As of the date you file, the claim is:** Check all that apply. | |
| 1281 Win Hentschel Blvd. | ☑ Contingent | |
| | ☑ Unliquidated | |
| West Lafayette IN     47906 | ☑ Disputed | |
| City     State     ZIP Code | | |
| **Who owes the debt?** Check one. | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Debtor 1 only | ☐ Student loans | |
| ☐ Debtor 2 only | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☑ At least one of the debtors and another | ☑ Other. Specify Potential Liability arising from debtor's business investments | |
| ☐ **Check if this claim relates to a community debt** | | |
| **Is the claim subject to offset?** | | |
| ☑ No | | |
| ☐ Yes | | |

| 4.2 | | |
|---|---|---|
| Acorn Distribution | **Last 4 digits of account number** ____ ____ ____ ____ | $ Unknown |
| Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |
| 5820 Fortune Circle W. Dr. | | |
| Number     Street | **As of the date you file, the claim is:** Check all that apply. | |
| Indianapolis IN     46241 | ☑ Contingent | |
| City     State     ZIP Code | ☑ Unliquidated | |
| **Who owes the debt?** Check one. | ☑ Disputed | |
| ☐ Debtor 1 only | | |
| ☐ Debtor 2 only | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Student loans | |
| ☑ At least one of the debtors and another | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☐ **Check if this claim relates to a community debt** | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| **Is the claim subject to offset?** | ☑ Other. Specify Potential Liability arising from debtor's business investments | |
| ☑ No | | |
| ☐ Yes | | |

| 4.3 | | |
|---|---|---|

**ADT Security Service**
Nonpriority Creditor's Name

P.O. Box 371878
Number     Street

Pittsburgh PA     15250
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____                               $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Liability arising from debtor's business investments

---

| 4.4 | | |
|---|---|---|

**Airgas National Carbonagtion**
Nonpriority Creditor's Name

P.O. Box 734673
Number     Street

Dallas TX     75373
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____                               $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Liability arising from debtor's business investments

---

| 4.5 | | |
|---|---|---|

**Aqua System**
Nonpriority Creditor's Name

7785 E. US Highway 36
Number     Street

Avon  IN     46123
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____                               $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Liability arising from debtor's business investments

---

**4.6** | **Aramark Linen**
Nonpriority Creditor's Name

2050 W. Oliver Avenue
Number   Street

Indianapolis IN    46221
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.7** | **ASCAP**
Nonpriority Creditor's Name

21678 Network Place
Number   Street

Chicago IL     60673
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.8** | **Ascentium Capital, LLC**
Nonpriority Creditor's Name

23970 Highway 59N
Number   Street

Kingwood TX     77339-0000
City     State     ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Guaranty

$ Unknown

---

| 4.9 | AT&T | | Last 4 digits of account number _____ | $ Unknown |

4.9

**AT&T**
Nonpriority Creditor's Name

P.O. Box 5014
Number     Street

Carol Stream IL     60197
City     State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____     $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

---

4.10

**Avenue Student**
Nonpriority Creditor's Name

The Preiss Company
Number     Street

1700 Hillsborough St.

Raleigh NC     27605
City     State     ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____     $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

---

4.11

**Barclays / Mastercard Black Card**
Nonpriority Creditor's Name

P.O. Box 8802
Number     Street

Wilmington DE     19899-8802
City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ending in 1484     $ 35,673.58
**When was the debt incurred?** Jun-20

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

| 4.12 | Bradford & Riley | Last 4 digits of account number _____ | $ Unknown |

**4.12** Bradford & Riley
Nonpriority Creditor's Name

P.O. Box 441189
Number    Street

Indianapolis IN    46244
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.13** Cardlytics
Nonpriority Creditor's Name

75 Remittance Dr.
Number    Street

Dept. 3247

Chicago IL    60675-3247
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.14** Cardmember Service
Nonpriority Creditor's Name

P.O. Box 790408
Number    Street

Saint Louis MO    63179
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 5570
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

| 4.15 | Carter Plumbing | Last 4 digits of account number _____ | $ Unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

866 N. State Road 135, Suite A

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

Greenwood IN     46142

☑ Unliquidated

City     State     ZIP Code

☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☑ Other. Specify  Potential Liability arising from debtor's business investments

☐ Yes

---

| 4.16 | Central Restaurant Products | Last 4 digits of account number _____ | $ Unknown |

Nonpriority Creditor's Name

When was the debt incurred? _____

7750 Georgetown Road

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

Indianapolis IN     46268

☑ Unliquidated

City     State     ZIP Code

☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☑ Other. Specify  Potential Liability arising from debtor's business investments

☐ Yes

---

| 4.17 | Christopher J. Long | Last 4 digits of account number _____ | $ 312,555.00 |

Nonpriority Creditor's Name

When was the debt incurred? 2014

15338 Dunrobin Drive

Number     Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

Noblesville IN     46062-0000

☐ Unliquidated

City     State     ZIP Code

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only

☐ Student loans

☐ Debtor 1 and Debtor 2 only

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☑ Other. Specify  Promissory Note to former owner of Stacked Pickle

☐ Yes

| 4.18 | Citizens Energy Group | Last 4 digits of account number _____ | $ Unknown |

**Citizens Energy Group**
Nonpriority Creditor's Name

P.O. Box 7056
Number      Street

Indianapolis IN      46207
City      State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Liability arising from debtor's business investments

---

| 4.19 | COCA-COLA North America | | $ Unknown |

**COCA-COLA North America**
Nonpriority Creditor's Name

P.O. Box 10273
Number      Street

Atlanta GA      30368
City      State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Liability arising from debtor's business investments

---

| 4.20 | Comcast | | $ Unknown |

**Comcast**
Nonpriority Creditor's Name

P.O. Box 70219
Number      Street

Philadelphia PA      19176
City      State      ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Potential Liability arising from debtor's business investments

| 4.21 | Commercial Parts & Service | Last 4 digits of account number _____ | $ Unknown |
|------|---------------------------|---------------------------------------------|-----------|

**Commercial Parts & Service**
Nonpriority Creditor's Name

10671 Techwood Dr.
Number     Street

Cincinnati OH     45242
City       State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

| 4.22 | Culligan | | $ Unknown |
|------|----------|--|-----------|

**Culligan**
Nonpriority Creditor's Name

110 W. Fremont St.
Number     Street

Owatonna MN     55060
City       State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

| 4.23 | Daniel Carroll | | $ Unknown |
|------|----------------|--|-----------|

**Daniel Carroll**
Nonpriority Creditor's Name

c/o Kathleen Delaney, Attorney
Number     Street

3646 N. Washington Blvd.

Indianapolis IN     46205
City       State    ZIP Code

**Who owes the debt? Check one.**
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's involvement as board member in Vrsus Holdings, LLC

$ Unknown

Debtor 1 ~~Gary Lawrence Brackett~~    Case number (if known) ~~21-05050-RLM-7A~~    Pg 33 of 90
                First Name   Middle Name   Last Name

Case 21-05050-RLM-7A    Doc 1    Filed 08/27/21    EOD 08/27/21 13:55:50    Pg 33 of 90

| 4.24 | Dayton Power & Light | Last 4 digits of account number ____ | $ Unknown |

**4.24** **Dayton Power & Light**
Nonpriority Creditor's Name

P.O. Box 740598
Number   Street

Cincinnati OH   45274
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.25** **Deaton's Mechanical**
Nonpriority Creditor's Name

1435 Brookville Way, Suite J
Number   Street

Indianapolis IN   46239
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.26** **Department of Housing & Neighborhood Health**
Nonpriority Creditor's Name

c/o Marion County Public Health Dept.
Number   Street

3838 N. Rural Street

Indianapolis IN   46205
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** 11/16/2020

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

**4.27** | Dept 3167 Real Page Utility Manager
Nonpriority Creditor's Name

P.O. Box 2252
Number    Street
Birmingham AL    35246
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.28** | DirecTV
Nonpriority Creditor's Name

Business Service Center
Number    Street
P.O. Box 410347

Charlotte NC    28241
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.29** | Duke Energy
Nonpriority Creditor's Name

P.O. Box 1326
Number    Street
Charlotte NC    28201
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

| 4.30 | Ecolab Food Safety |
|---|---|

Nonpriority Creditor's Name

24198 Network Place
Number       Street

Chicago IL       60673
City       State       ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

| 4.31 | Ecolab Pest Elimination |
|---|---|

Nonpriority Creditor's Name

26252 Network Place
Number       Street

Chicago IL       60673
City       State       ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

| 4.32 | Economy Linen |
|---|---|

Nonpriority Creditor's Name

80 Mead St.
Number       Street

Dayton OH       45402
City       State       ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

| 4.33 | Elgin Water Care | Last 4 digits of account number ___ ___ ___ ___ | $ Unknown |

**Elgin Water Care**
Nonpriority Creditor's Name

1009 Broad Ripple Ave.
Number    Street

Indianapolis IN    46220
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

---

| 4.34 | First Financial Bank | Last 4 digits of account number ___ ___ ___ ___ | $ 106,072.78 |

**First Financial Bank**
Nonpriority Creditor's Name

P.O. Box 507
Number    Street

Greensburg IN    47240-0000
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Guaranty of Indebtedness of Georgia Reese's Downtown, LLC dba CharBlue

---

| 4.35 | Fucheng (James) Wang | Last 4 digits of account number ___ ___ ___ ___ | $ 0.00 |

**Fucheng (James) Wang**
Nonpriority Creditor's Name

10351 Byrne Avenue
Number    Street

Cupertino CA    95014-0000
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Guaranty of Lease originally between Ambrose Southport McFarland, LLC and SPSP, LLC

| 4.36 | Gordon Food Service | | Last 4 digits of account number _____ | | $ Unknown |
|---|---|---|---|---|---|

**4.36**

Gordon Food Service
Nonpriority Creditor's Name

P.O. Box 1787
Number     Street

Grand Rapids MI     49501-1787
City          State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.37**

Great American Finance
Nonpriority Creditor's Name

P.O. Box 660831
Number     Street

Dallas TX     75266
City          State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.38**

Greenwalt-Monon Market
Nonpriority Creditor's Name

740 W. Green Meadows Dr, Suite 320
Number     Street

Greenfield IN     46140
City          State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

| 4.39 | Indiana Logo Sign Group | Last 4 digits of account number   2016 | $ Unknown |
|------|--------------------------|-----------------------------------------|-----------|

**4.39** Indiana Logo Sign Group
Nonpriority Creditor's Name

600 E. 96th Street, Suite 515
Number    Street
Indianapolis IN    46240-0000
City       State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   2016

**When was the debt incurred?**   2016

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.40** Indy Chamber
Nonpriority Creditor's Name

111 Monument Circle, Suite 1950
Number    Street
Indianapolis IN    46204
City       State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.41** IPL / AES
Nonpriority Creditor's Name

P.O. Box 110
Number    Street
Indianapolis IN    46206
City       State      ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

| 4.42 | J L Anderson Heating & Cooling | Last 4 digits of account number ___ ___ ___ ___ | $ Unknown |

**4.42**

**J L Anderson Heating & Cooling**
Nonpriority Creditor's Name

P.O. Box 8224
Number    Street

Lafayette IN    47903
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.43**

**Keter Environment Service**
Nonpriority Creditor's Name

P.O. Box 417468
Number    Street

Boston MA    02241
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.44**

**Klosterman Baking Company**
Nonpriority Creditor's Name

4760 Paddock Road
Number    Street

Cincinnati OH    45229
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

**4.45** | Koorsen Fire & Security | Last 4 digits of account number _____ | $ Unknown
Nonpriority Creditor's Name | When was the debt incurred? _____

2719 N. Arlington Ave.
Number     Street

Indianapolis IN     46218
City         State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.46** | Lancaster Bingo Company | Last 4 digits of account number _____ | $ Unknown
Nonpriority Creditor's Name | When was the debt incurred? _____

200 Quarry Rd. SE
Number     Street

P.O. Box 668

Lancaster OH     43130
City         State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.47** | Lawndale Plaza | Last 4 digits of account number _____ | $ Unknown
Nonpriority Creditor's Name | When was the debt incurred? _____

6440 Westfield Blvd.
Number     Street

Indianapolis IN     46220
City         State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.48 | Liberty Service, Inc. | | Last 4 digits of account number _____ | $ Unknown |
|---|---|---|---|---|

**4.48** Liberty Service, Inc.
Nonpriority Creditor's Name

1005 S. Main Street
Number        Street

West Milton OH    45383
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

---

**4.49** Mahoney Environmental
Nonpriority Creditor's Name

37458 Eagle Way
Number        Street

Chicago IL    60678
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

---

**4.50** Meridian Oaks Partner
Nonpriority Creditor's Name

10201 N. Illinois St., Suite 275
Number        Street

Indianapolis IN    46290
City        State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____    $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

| 4.51 | Metropolis Lifestyle Center, LLC | | Last 4 digits of account number _____ | | $ 182,360.91 |

**4.51** Metropolis Lifestyle Center, LLC
Nonpriority Creditor's Name

c/o Christopher L. Bills, Esq.
Number   Street
P.O. Box 44961

Indianapolis IN       46244-0961
City       State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** 08/22/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Guaranty of Lease

$ 182,360.91

---

**4.52** Mister Ice of Indianapolis
Nonpriority Creditor's Name

7954 E. 88th Street
Number   Street
Indianapolis IN       46256
City       State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.53** MomentFeed, Inc.
Nonpriority Creditor's Name

1540 2nd Street, Suite 302
Number   Street
Santa Monica CA       90401
City       State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

| 4.54 | Mr. Rooter Plumbing | Last 4 digits of account number _____ | $ Unknown |

**Mr. Rooter Plumbing**
Nonpriority Creditor's Name

6886 Hawthorn Park Dr.
Number      Street

Indianapolis IN    46220
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

---

| 4.55 | New Jersey Higher Education Student | Last 4 digits of account number  0282 | $ Unknown |

**New Jersey Higher Education Student**
Nonpriority Creditor's Name

Assistance Authority

P.O. Box 544
Number      Street

Trenton NJ    08625-0544
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Guaranty of Student Loan

---

| 4.56 | Oracle America | Last 4 digits of account number _____ | $ Unknown |

**Oracle America**
Nonpriority Creditor's Name

500 Oracle Parkway
Number      Street

Redwood City CA    94065
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

| | |
|---|---|
| **4.57** | |

**Piazza Produce**
Nonpriority Creditor's Name

P.O. Box 639476
Number   Street

Cincinnati OH    45263-9476
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** 2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Potential Liability arising from debtor's business investments

$ Unknown

---

| | |
|---|---|
| **4.58** | |

**Producer-Writers Guild of America Pension Plan**
Nonpriority Creditor's Name

2900 W. Alameda Avenue
Number   Street

Suite 1100

Burbank CA    91505
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify

$ Unknown

---

| | |
|---|---|
| **4.59** | |

**Progressive Southeastern Insurance Co.**
Nonpriority Creditor's Name

c/o Dentons Bingham Greenebaum, LLP
Number   Street

10 W. Market Street, Suite 2700

Indianapolis IN    46204-0000
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** 2016

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Potential Liability arising from debtor's business investments

$ Unknown

| 4.60 | Providence HUD, LLC | Last 4 digits of account number _____ | $ 0.00 |

**Nonpriority Creditor's Name**

941 N. Meridian Street
Number       Street

Indianapolis IN     46204
City          State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

---

| 4.61 | Rays Trash Service | Last 4 digits of account number _____ | $ Unknown |

**Nonpriority Creditor's Name**

P.O. Box 1
Number       Street

Clayton IN      46118
City          State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

---

| 4.62 | RMS - Restaurant Maintenance | Last 4 digits of account number _____ | $ Unknown |

**Nonpriority Creditor's Name**

2211 W. 79th Street
Number       Street

Indianapolis IN     46260
City          State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

| 4.63 | Roto-Rooter Service | Last 4 digits of account number _____ | $ Unknown |

**4.63**

**Roto-Rooter Service**
Nonpriority Creditor's Name

5672 Collection Center Drive
Number     Street

Chicago IL       60693
City       State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____     $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Liability arising from debtor's business investments

---

**4.64**

**Rumpke**
Nonpriority Creditor's Name

P.O. Box 538710
Number     Street

Cincinnati OH     45253
City       State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____     $ Unknown
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Liability arising from debtor's business investments

---

**4.65**

**Scott Rand Company, LLC**
Nonpriority Creditor's Name

c/o Tami Hart Kirby, Esq.
Number     Street

One South Main St., Suite 1600

Dayton OH       45402-2028
City       State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____     $ 1,233,959.70
**When was the debt incurred?** 02/26/2019

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Potential Liability arising from debtor's business investments / Lawsuit

**4.66** Spectrum / Time Warner Cable
Nonpriority Creditor's Name

P.O. Box 1060
Number        Street
Carol Stream IL        60132-1060
City        State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.67** Sutton-Garten Company
Nonpriority Creditor's Name

901 N. Senate Avenue
Number        Street
Indianapolis IN        46202
City        State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

**4.68** TCP River Ridge Crossing
Nonpriority Creditor's Name

McCrea Property Group
Number        Street
9102 N. Meridian St., Suite 230

Indianapolis IN        46260
City        State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

$ Unknown

---

| 4.69 | Tech Electronics | Last 4 digits of account number ___ ___ ___ ___ | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

P.O. Box 66936

Number    Street

St. Louis MO    61366

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.70 | THANX, LLC | Last 4 digits of account number ___ ___ ___ ___ | $ Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

180 Redwood St., Suite 200

Number    Street

San Francisco CA    94102

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.71 | The Huntington National Bank | Last 4 digits of account number ___ ___ ___ ___ | $ 3,873,168.58 |
|---|---|---|---|

Nonpriority Creditor's Name

**When was the debt incurred?** 2014-2017

Attn: Christine S. Dunlap, Vice Pres.

Number    Street

7 Easton Oval, EA4W67

Columbus OH    43219-0000

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Loan Agreements

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.72 | Unifi Equipment | Last 4 digits of account number _____ | $ Unknown |

**Nonpriority Creditor's Name**

P.O. Box 7365
Number    Street
Ann Arbor MI    48107
City      State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.73 | Universal Advertising Associates | Last 4 digits of account number _____ | $ Unknown |

**Nonpriority Creditor's Name**

2530 Civic Center Dr.
Number    Street
Cincinnati OH    45231
City      State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Potential Liability arising from debtor's business investments

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.74 | Vasey Commercial, Inc. | Last 4 digits of account number _____ | $ Unknown |

**Nonpriority Creditor's Name**

10830 Andreade Dr.
Number    Street
Zionsville IN    46077
City      State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.75 | Vectren Energy | Last 4 digits of account number ___ ___ ___ ___ | $ Unknown |

**Vectren Energy**
Nonpriority Creditor's Name

P.O. Box 1423
Number       Street

Houston TX      77251
City       State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

---

| 4.76 | VNN, Inc. | Last 4 digits of account number ___ ___ ___ ___ | $ Unknown |

**VNN, Inc.**
Nonpriority Creditor's Name

678 Front Ave. NW, Suite 300
Number       Street

Grand Rapids MI      49504
City       State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

---

| 4.77 | Whitlocks Pressure Wash | Last 4 digits of account number ___ ___ ___ ___ | $ Unknown |

**Whitlocks Pressure Wash**
Nonpriority Creditor's Name

P.O. Box 391
Number       Street

Connersville IN      47331
City       State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Potential Liability arising from debtor's business investments

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Ambrose Southport McFarland, LLC
Creditor's Name

55 Monument Circle, Suite 450
Number       Street

Indianapolis IN      46204
City       State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.35  of (Check one):
- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number** _____

| | |
|---|---|
| Ascentium Capital, LLC | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line _4.8_ of (Check one): |
| c/o Daniel Moore, Commercial Specialist | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 5447 E. 5th Street, Suite 110 | Claims |
| Tucson AZ    85711-2345 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

| | |
|---|---|
| Central Restaurant Products | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line _4.16_ of (Check one): |
| c/o Commercial Collection Corp | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 34 Seymour Street | Claims |
| Tonawanda NY    14150 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

| | |
|---|---|
| Christopher J. Long | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line _4.17_ of (Check one): |
| c/o Michael T. McNelis, Esq. | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 9247 N. Meridian Street, #350 | Claims |
| Indianapolis IN    46260-1803 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

| | |
|---|---|
| Commercial Parts & Service | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line _4.21_ of (Check one): |
| 204 Linden Ave. | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Dayton OH    45403 | Claims |
| City    State    ZIP Code | **Last 4 digits of account number** |

| | |
|---|---|
| Ecolab | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line _4.31_ of (Check one): |
| c/o Receivables Control Corp. | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 7373 Kirkwood Court, Suite 200 | Claims |
| Osseo MN    55369 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

| | |
|---|---|
| First Financial Bank | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line _4.34_ of (Check one): |
| c/o Matthew T. Barr, Esq. | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 135 N. Pennsylvania Street, Suite 1400 | Claims |
| Indianapolis IN    46204 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

| | |
|---|---|
| Fucheng Wang and Yi-Ku Kung | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | Line _4.35_ of (Check one): |
| c/o Paul D. Ludwig, Esq. | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| 151 N. Delaware Street, Suite 1106 | Claims |
| Indianapolis IN    46204 | **Last 4 digits of account number** |
| City    State    ZIP Code | |

Debtor    Gary Lawrence Brackett
First Name    Middle Name    Last Name    Case number (if known)

| Producer-Writers Guild of America Pension Plan | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| c/o Kraw Law Group, APC | **Line** 4.58 of (Check one): |
| Number    Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 605 Ellis Street, Suite 200 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Mountain View CA    94043 | |
| City    State    ZIP Code | **Last 4 digits of account number** |

| Ragan Brackett | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| c/o Eric N. Engebretson, Esq. | **Line** 2.6 of (Check one): |
| Number    Street | ☑ Part 1: Creditors with Priority Unsecured Claims |
| 8250 Haverstick Rd., Suite 100 | ☐ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Indianapolis IN    46240 | |
| City    State    ZIP Code | **Last 4 digits of account number** |

| The Huntington National Bank | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| c/o Jason R. Burke, Esq. | **Line** 4.71 of (Check one): |
| Number    Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 101 W. Ohio Street, Suite 1700 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Indianapolis IN    46204 | |
| City    State    ZIP Code | **Last 4 digits of account number** |

| U.S. Small Business Administration | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| 8500 Keystone Crossing, Suite 400 | **Line** 4.71 of (Check one): |
| Number    Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Indianapolis IN    46240 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| City    State    ZIP Code | Claims |
| | **Last 4 digits of account number** |

| Writers' Guild-Industry Health Fund | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| 2900 W. Alameda Avenue | **Line** 4.58 of (Check one): |
| Number    Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Suite 1100 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Burbank CA    91505 | |
| City    State    ZIP Code | **Last 4 digits of account number** |

| Writers' Guild-Industry Health Fund | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | |
| c/o Kraw Law Group, APC | **Line** 4.58 of (Check one): |
| Number    Street | ☐ Part 1: Creditors with Priority Unsecured Claims |
| 605 Ellis Street, Suite 200 | ☑ Part 2: Creditors with Nonpriority Unsecured |
| | Claims |
| Mountain View CA    94043 | |
| City    State    ZIP Code | **Last 4 digits of account number** |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

| | | Total claim |
|---|---|---|

| Total claims from Part 1 | 6a. **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

| | | Total claim |
|---|---|---|

| Total claims from Part 2 | 6f. **Student loans** | 6f. $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 5,743,790.55 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 5,743,790.55 |

**Fill in this information to identify your case:**

Debtor 1  Gary Lawrence Brackett
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of Indiana

Case number
(if know)

☐ Check if this is
an amended
filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** David White<br>Name<br>7189 Ticklegrass St.<br>Street<br>Winter Garden FL    34787<br>City          State    ZIP Code | Lease of Residence |

**Fill in this information to identify your case:**

Debtor 1    Gary Lawrence Brackett
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of Indiana

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106H

# Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** Brackett Productions, LLC <br> Name <br> 4287 W. 96th Street <br> Street <br> Indianapolis                IN        46268 <br> City                State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line 4.58 <br> ☐ Schedule G, line _____ |
| **3.2** Brackett Restaurant Group, LLC <br> Name <br> 4287 W. 96th Street <br> Street <br> Indianapolis                IN        46268 <br> City                State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line 4.17 <br> ☐ Schedule G, line _____ |
| **3.3** Brackett Restaurant Group, LLC <br> Name <br> 4287 W. 96th Street <br> Street <br> Indianapolis                IN        46268 <br> City                State    ZIP Code | ☑ Schedule D, line 2.1 <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| **3.4** Brackett Restaurant Group, LLC <br> Name <br> 4287 W. 96th Street <br> Street <br> Indianapolis                IN        46268 <br> City                State    ZIP Code | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line 2.3 <br> ☐ Schedule G, line _____ |

| 3.5 | Brackett Restaurant Group, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 2.2 |
| | 4287 W. 96th Street | ☐ Schedule G, line _____ |
| | Street | |
| | Indianapolis           IN        46268 | |
| | City                State   ZIP Code | |

| 3.6 | Brackett Restaurant Group, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 2.1 |
| | 4287 W. 96th Street | ☐ Schedule G, line _____ |
| | Street | |
| | Indianapolis           IN        46268 | |
| | City                State   ZIP Code | |

| 3.7 | GB IUPUISP, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.17 |
| | 4287 W. 96th Street | ☐ Schedule G, line _____ |
| | Street | |
| | Indianapolis           IN        46268 | |
| | City                State   ZIP Code | |

| 3.8 | GB IUPUISP, LLC | ☑ Schedule D, line 2.1 |
| | Name | ☐ Schedule E/F, line _____ |
| | 4287 W. 96th Street | ☐ Schedule G, line _____ |
| | Street | |
| | Indianapolis           IN        46268 | |
| | City                State   ZIP Code | |

| 3.9 | GB IUPUISP, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 2.3 |
| | 4287 W. 96th Street | ☐ Schedule G, line _____ |
| | Street | |
| | Indianapolis           IN        46268 | |
| | City                State   ZIP Code | |

| 3.10 | GB IUPUISP, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 2.1 |
| | 4287 W. 96th Street | ☐ Schedule G, line _____ |
| | Street | |
| | Indianapolis           IN        46268 | |
| | City                State   ZIP Code | |

| 3.11 | GB IUPUISP, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 2.2 |
| | 4287 W. 96th Street | ☐ Schedule G, line _____ |
| | Street | |
| | Indianapolis           IN        46268 | |
| | City                State   ZIP Code | |

| 3.12 | Prop 58, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.26 |
| | 4287 W. 96th Street | ☐ Schedule G, line _____ |
| | Street | |
| | Indianapolis           IN        46268 | |
| | City                State   ZIP Code | |

| 3.13 | Brackett Restaurant Group, LLC | ☐ Schedule D, line _____ |
| | Name | ☑ Schedule E/F, line 4.57 |
| | 4287 W. 96th Street | ☐ Schedule G, line _____ |
| | Street | |
| | Indianapolis           IN        46268 | |
| | City                State   ZIP Code | |

Case 21-06577-RLM-7A   Doc 1   Filed 08/27/21   EOD 08/27/21 13:55:50   Pg 57 of 90

| 3.14 | SP Plainfield, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.51 |
| | 4287 W. 96th Street | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Indianapolis | IN | 46268 | |
| | City | State | ZIP Code | |

| 3.15 | Ragan Brackett | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.51 |
| | 6841 Fox Lake Dr. S | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Indianapolis | IN | 46278 | |
| | City | State | ZIP Code | |

| 3.16 | SP Dayton, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.65 |
| | 4287 W. 96th Street | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Indianapolis | IN | 46268 | |
| | City | State | ZIP Code | |

| 3.17 | SPSP, LLC | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.8 |
| | 4287 W. 96th Street | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Indianapolis | IN | 46268 | |
| | City | State | ZIP Code | |

| 3.18 | Jasmine Stevens | | | ☐ Schedule D, line _____ |
|---|---|---|---|---|
| | Name | | | ☑ Schedule E/F, line 4.55 |
| | 119 Elizabeth St., Unit 515 | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | South Bound Brook | NJ | 08880 | |
| | City | State | ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    Gary Lawrence Brackett
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    Southern District of Indiana

Case number
(If known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   income as of the following date:
   _____
   MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed <br> ☐ Not employed | ☐ Employed <br> ☐ Not employed |
| **Occupation** | Public Speaker / Business Coach | _____ |
| **Employer's name** | Self Employed | _____ |
| **Employer's address** | _____ <br> Number  Street | _____ <br> Number  Street |
|  | _____ | _____ |
|  | _____ <br> City          State   ZIP Code | _____ <br> City          State  ZIP Code |
| **How long employed there?** | 10 years | _____ |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ _____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.  $ 0.00 | $ _____ |

Debtor 1    Gary Lawrence Brackett

First Name    Middle Name    Last Name

Case number *(if known)*_____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................→ | 4. | $ 0.00 | $_____ |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $_____ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $_____ |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $_____ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $_____ |
| 5e. | **Insurance** | 5e. | $ 0.00 | $_____ |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $_____ |
| 5g. | **Union dues** | 5g. | $ 0.00 | $_____ |
| 5h. | **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $_____ |
| | _____ | | $_____ | $_____ |
| | _____ | | $_____ | $_____ |
| | _____ | | $_____ | $_____ |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $_____ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $_____ |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 4,670.10 | $_____ |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $_____ |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $_____ |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $_____ |
| 8e. | **Social Security** | 8e. | $ 0.00 | $_____ |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $_____ |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $_____ |
| 8h. | **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $_____ |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 4,670.10 | $_____ |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 4,670.10 + | $_____ = $ 4,670.10 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 4,670.10

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.    Income figure is estimated.

☐ Yes. Explain:

# United States Bankruptcy Court
## Southern District of Indiana

In re___Gary Lawrence Brackett_____    Case No. _____
                                        Debtor(s)    Chapter _____

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing:  (August-July) | $ | 69,377.23 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---|
| 2. Gross Monthly Income | $ | 16,666.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 6,000.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 3,087.90 |
| 11. Utilities | | 1,250.00 |
| 12. Office Expenses and Supplies | | 200.00 |
| 13. Repairs and Maintenance | | 250.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 500.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 500.00 |
| 18. Insurance | | 208.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION                                              TOTAL

21. Other (Specify):

DESCRIPTION                                              TOTAL

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 11,995.90 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 4,670.10 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gary Lawrence Brackett | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Southern District of Indiana | | |
| | | | (State) |
| Case number (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 12 | ☐ No  ☑ Yes |
   | Son | 9 | ☐ No  ☑ Yes |
   | Daughter | 7 | ☐ No  ☑ Yes |
   | Nephew | 19 | ☑ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 3,000.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 148.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    Gary Lawrence Brackett

First Name    Middle Name    Last Name

Case number *(if known)*_____

| | | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $_____ 0.00

6. **Utilities:**

   6a.  Electricity, heat, natural gas    6a. $_____ 200.00

   6b.  Water, sewer, garbage collection    6b. $_____ 75.00

   6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. $_____ 450.00

   6d.  Other. Specify: _____    6d. $_____ 0.00

7. **Food and housekeeping supplies**    7. $_____ 750.00

8. **Childcare and children's education costs**    8. $_____ 200.00

9. **Clothing, laundry, and dry cleaning**    9. $_____ 150.00

10. **Personal care products and services**    10. $_____ 75.00

11. **Medical and dental expenses**    11. $_____ 200.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. $_____ 200.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $_____ 500.00

14. **Charitable contributions and religious donations**    14. $_____ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance    15a. $_____ 0.00

   15b.  Health insurance    15b. $_____ 0.00

   15c.  Vehicle insurance    15c. $_____ 207.00

   15d.  Other insurance. Specify:_____    15d. $_____ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $_____ 0.00

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1    17a. $_____ 691.00

   17b.  Car payments for Vehicle 2    17b. $_____ 0.00

   17c.  Other. Specify:_____    17c. $_____ 0.00

   17d.  Other. Specify:_____    17d. $_____ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $_____ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: College for Nephew (Debtor is legal guardian)    19. $_____ 700.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.  Mortgages on other property    20a. $_____ 0.00

   20b.  Real estate taxes    20b. $_____ 0.00

   20c.  Property, homeowner's, or renter's insurance    20c. $_____ 0.00

   20d.  Maintenance, repair, and upkeep expenses    20d. $_____ 0.00

   20e.  Homeowner's association or condominium dues    20e. $_____ 0.00

Debtor 1    Gary Lawrence Brackett

First Name    Middle Name    Last Name

Case number (if known)_____

21. **Other.** Specify:_Storage Unit_____    21.    +$_____591.00

_____    +$_____

_____    +$_____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.    $_____8,137.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.    $_____

and 22b. The result is your monthly expenses.    22c.    $_____8,137.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $_____4,670.10

23b. Copy your monthly expenses from line 22c above.    23b.    −$_____8,137.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.    $_____-3,466.90

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1        Gary Lawrence Brackett
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the  Southern District of Indiana

Case number
(If known)  _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ /s/ Gary Lawrence Brackett                    ✘ _____
Signature of Debtor 1                             Signature of Debtor 2

Date  08/19/2021                                  Date _____
      MM / DD  / YYYY                                  MM / DD  / YYYY

**Fill in this information to identify your case:**

Debtor 1 ___Gary Lawrence Brackett___
First Name                Middle Name                Last Name

Debtor 2
(Spouse, if filing) _____    _____    _____
First Name                Middle Name                Last Name

United States Bankruptcy Court for the:  Southern District of Indiana

Case number
(if know) _____

☐ Check if this is
an amended
filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    **4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach
a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☑ **Married**
☐ **Not married**

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| ___3591 Hintocks Circle___<br>Number     Street<br>___Carmel IN     46032___<br>City     State     ZIP Code | From  08/2010<br>To  06/2020 | _____<br>Number     Street<br>_____<br>City     State     ZIP Code | From _____<br>To _____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community
property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and
Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions<br>and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions<br>and exclusions) |

Debtor    Gary Lawrence Brackett                                                    Case number *(if known)* _____
    First Name   Middle Name   Last Name

| | | | |
|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ ____ |

| | | | |
|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2020 ) | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $ 8,250.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ ____ |

| | | | |
|---|---|---|---|
| **For the calendar year before that:** (January 1 to December 31, 2019 ) | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $ 74,108.00 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ ____ |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental Income | $ 0.00 | _____ | _____ |
| | Disability Income | $ 0.00 | _____ | _____ |
| **For last calendar year:** (January 1 to December 31, 2020 ) | Disability Income | $ 22,200.00 | _____ | _____ |
| | Rental Income | $ 20,000.00 | _____ | _____ |
| | Sales of Securities | $ 491,202.20 | _____ | _____ |
| **For the calendar year before that:** (January 1 to December 31, 2019 ) | Disability Income | $ 50,760.00 | _____ | _____ |
| | Dividends | $ 199.00 | _____ | _____ |
| | Capital Gains | $ 17,250.00 | _____ | _____ |
| | Liquidation of Annuity | $ 701,908.00 | _____ | _____ |
| | Rental Income | $ 51,900.00 | _____ | _____ |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor    Gary Lawrence Brackett                                    Case number *(if known)* _____
_____
First Name    Middle Name    Last Name

---

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor. Do not include payments for domestic support obligations, such as child support and
alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Indiana Dept. of Revenue** <br> Creditor's Name <br> **Bankruptcy Section, N-240** <br> Number    Street <br> **100 N. Senate Avenue** <br><br> **Indianapolis IN** <br> City          State <br> **46204-0000** <br> ZIP Code | 07/15/2021 | $ 10,076.48 | $ Unknown | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☑ Other <br> Trust Fund Taxes |

---

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders*
include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations,
such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an
insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

---

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications,
and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: <br> First Financial Bank, successor by merger to MainSource Bank v. Gary L. Brackett <br> Case number: <br> 29D03-2005-PL-003454 | Complaint for Breach of Guaranties (Dismissed on 10/14/2020); Date filed: 05/19/2020 | Hamilton Co. Superior Court No. 3 <br> Court Name <br><br> Number    Street <br> Noblesville IN <br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title: <br> Daniel Carroll v. Vrsus Holdings, LLC fka Express Software & Services, LLC, Gary Brackett, et al. <br> Case number: <br> 49D01-1809-PL-036382 | ; Date filed: 09/11/2018 | Marion Co. Superior Court <br> Court Name <br><br> Number    Street <br> Indianapolis IN <br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

---

Debtor    Gary Lawrence Brackett
    First Name    Middle Name    Last Name               Case number *(if known)* _____

| | | | |
|---|---|---|---|
| Case title:<br>In Re: The Marriage of Ragan Brackett and Gary Brackett<br>Case number:<br>29D01-2008-DC-005404 | ; Date filed: 08/06/2020 | Hamilton Co. Superior Court<br>Court Name<br><br>Number    Street<br>Noblesville IN<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>Metropolis Lifestyle Center, LLC v. SP Plainfield, LLC, Gary Brackett and Ragan Brackett<br>Case number:<br>29C01-2107-CC-005198 | ; Date filed: 07/23/2021 | Hamilton Co. Circuit Court<br>Court Name<br><br>Number    Street<br><br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>Scott Rand Company, LLC v. Gary Brackett dba SP Dayton, LLC<br>Case number:  2021 CV 00341 | ; Date filed: 01/29/2021 | Court of Common Pleas, Montgomery County,<br>Court Name<br>Ohio<br><br>41 N. Perry Street<br>Number    Street<br>Dayton OH    45422<br>City    State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| Vehicle broken into (2 laptops, 3 iPads and 1 Nintendo D.S. stolen) | Claim Pending: No, Not covered by insurance: $0.00 | 04/04/2021 | $ Unknown |

Debtor   Gary Lawrence Brackett                                       Case number*(if known)* _____
         First Name   Middle Name   Last Name

| **Part 7:** | **List Certain Payments or Transfers** |
| --- | --- |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| Hester Baker Krebs LLC<br>_____<br>Person Who Was Paid<br>One Indiana Square, Suite 1330<br>_____<br>Number   Street<br>Indianapolis IN      46204<br>_____<br>City       State    ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | Pre-Petition Attorney Fees and Expenses ($6,000.00 retainer - 8/18/2020; $7, 027.50 - 12/07/2020; $1,748.50 - 12/07/2020; $910.00 - 01/06/2021; $2,475.00 - 02/02/2021; $6,274.50 - 04/13/2021; $1,050.00 - 05/13/2021; $5,100.00 - 06/01/2021; $900.00 - 07/07/2021; $1,000.00 - 08/03/2021; $1,500.00 - 08/20/2021) | 8/2021<br>_____ | $ 33,985.50<br>_____<br>$ _____ |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
| --- | --- | --- | --- |
| Samiullah Kundi and Rabia Masood<br>Person Who Received Transfer<br>3591 Hintocks Circle<br>Number   Street<br>Carmel IN      46032<br>City   State   ZIP Code<br>Person's relationship to you  n/a | Real Estate located at 3591 Hintocks Circle, Carmel, IN 46032, $2,150,000.00 | All proceeds used to pay closing costs, mortgage to US Bank Home Mortgage ($1,607,136.06), mortgage to Huntington National Bank ($444,640.94) - Debtor received no proceeds from sale | 05/29/2020 |
| Cynthia L. Carr<br>Person Who Received Transfer<br>5451 Nighthawk Drive<br>Number   Street<br>Indianapolis IN      46254<br>City   State   ZIP Code<br>Person's relationship to you  n/a | Real Estate located at 5451 Nighthawk Drive, Indianapolis, IN 46254, $120,000.00 | Proceeds used to pay closing costs, mortgage to Wells Fargo Bank ($54,669.59) with net proceeds of $52,994.32 paid to Debtor | 09/16/2020 |

Debtor    Gary Lawrence Brackett
First Name    Middle Name    Last Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| Ragan Brackett<br>Person Who Received Transfer<br>6841 Fox Lake Dr. S<br>Number    Street<br>Indianapolis IN        46278<br>City        State    ZIP Code<br><br>Person's relationship to you<br>Estranged Spouse | 2011 Mercedes Benz ML 3500 (appx. 100k miles) | Transferred pursuant to Pre-Nuptial Agreement and pending divorce | 08/01/2020 |
| Signal Securities<br>Person Who Received Transfer<br>22287 Mulholland Hwy., #407<br>Number    Street<br>Calabasas CA        91302<br>City        State    ZIP Code<br>Person's relationship to you  n/a | 17,847 shares of Griffin Capital Essential Asset REIT, $166,876.40 | Debtor received net proceeds of $166,836.40 | 01/08/2020 |
| Signal Securities<br>Person Who Received Transfer<br>22287 Mulholland Hwy., #407<br>Number    Street<br>Calabasas CA        91302<br>City        State    ZIP Code<br>Person's relationship to you  n/a | 32,131 shares of Hines Global REIT, $150,055.16 | Debtor received net proceeds of $150,015.16 | 02/26/2020 |
| Signal Securities<br>Person Who Received Transfer<br>22287 Mulholland Hwy., #407<br>Number    Street<br>Calabasas CA        91302<br>City        State    ZIP Code<br>Person's relationship to you  n/a | 15,264 shares of Inven Trust Property Corporation, $19,386.45 | Debtor received net proceeds of $19,346.45 | 02/26/2020 |
| Signal Securities<br>Person Who Received Transfer<br>22287 Mulholland Hwy., #407<br>Number    Street<br>Calabasas CA        91302<br>City        State    ZIP Code<br>Person's relationship to you  n/a | 15,264 shares of Highland REITs, $1,969.19 | Debtor received net proceeds of $1,929.19 | 02/26/2020 |
| Signal Securities<br>Person Who Received Transfer<br>22287 Mulholland Hwy., #407<br>Number    Street<br>Calabasas CA        91302<br>City        State    ZIP Code<br>Person's relationship to you  n/a | 18,204 shares of Steadfast Apartment REIT, $152,915.00 | Debtor received net proceeds of $152,875.00 | 09/17/2020 |

Debtor    Gary Lawrence Brackett                                    Case number *(if known)*
_____First Name___Middle Name___Last Name_____

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| **Part 8:** | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| First Allied (closed)<br>_Name of Financial Institution_<br>7021 Vista Dr.<br>_Number    Street_<br>West Des Moines IA<br>_City          State_<br>50266<br>_ZIP Code_ | XXXX– 2 5 5 6 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☑ Brokerage<br>☐ Other _____ | 09/20/2020 | $ 318,400.00 |
| Paradigm Wealth Management<br>_Name of Financial Institution_<br>(closed<br><br>1140 Highway 22 East, #103<br>_Number    Street_<br>Bridgewater NJ     08807<br>_City      State    ZIP Code_ | XXXX– 7 0 8 9 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☑ Brokerage<br>☐ Other _____ | 06/26/2020 | $ 21,176.07 |
| Huntington National Bank<br>_Name of Financial Institution_<br>(closed)<br><br>P.O. Box 1558<br>_Number    Street_<br>Columbus OH     43216-1558<br>_City      State    ZIP Code_ | XXXX– ___ ___ ___ ___ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 07/01/2021 | $ 0.00 |
| Huntington National Bank<br>_Name of Financial Institution_<br>(ending in 7120) (held jointly<br>with estranged spouse)<br>(closed)<br>P.O. Box 1558<br>_Number    Street_<br>Columbus OH     43216-1558<br>_City      State    ZIP Code_ | XXXX– 7 1 2 0 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 07/01/2021 | $ 0.00 |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

Debtor    Gary Lawrence Brackett

First Name        Middle Name        Last Name

Case number *(if known)* _____

---

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Public Storage <br> Name of Storage Facility <br><br> 9915 Allisonville Road <br> Number    Street <br><br> Fishers IN <br> City    State    ZIP Code | Debtor <br> Name <br><br><br> Number    Street <br><br><br> City    State    ZIP Code | Household items, decorations, kids clothes, furniture, garage items. | ☐ No <br> ☑ Yes |

---

## Part 9:    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Debtor's Minor Child <br> Owner's Name <br><br> Number    Street <br><br> City    State    ZIP Code | <br><br> Paradigm Wealth Management <br> Number    Street <br> San Diego CA    92121 <br> City    State    ZIP Code | UTMA/IN Account (Debtor is Custodian for his minor child) | $ Unknown |

---

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

---

## Part 11:    Give Details About Your Business or Connections to Any Business

---

Debtor    Gary Lawrence Brackett
    First Name      Middle Name     Last Name                                     Case number *(if known)* _____

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| GLB 1, LLC | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| 4287 W. 96th Street | Public Speaking / Business Coaching | |
| Number    Street | | EIN: 4_5 – 0_6_4_5_7_8_6 |
| Indianapolis IN    46268 | **Name of accountant or bookkeeper** | Dates business existed |
| City    State    ZIP Code | Jeffrey J. Warner - KSM Business Services, Inc. | From 03/14/2011 To Current |

| Stacked Pickle Franchising, LLC | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| 4231 W. 96th Street | Restaurant Franchising | |
| Number    Street | | EIN: 8_1 – 5_0_7_8_8_9_4 |
| Indianapolis IN    46268 | **Name of accountant or bookkeeper** | Dates business existed |
| City    State    ZIP Code | Jeffrey J. Warner - KSM Business Services, Inc. | From 01/24/2017 To Current |

| Brackett Restaurant Group, LLC | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| 4287 W. 96th Street | Restaurants | |
| Number    Street | | EIN: 3_2 – 0_4_5_0_4_1_0 |
| Indianapolis IN    46268 | **Name of accountant or bookkeeper** | Dates business existed |
| City    State    ZIP Code | Jeffrey J. Warner - KSM Business Services, Inc. | From 10/08/2014 To Current |

| Char Blue, LLC | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| 4287 W. 96th Street | Restaurants | |
| Number    Street | | EIN: 4_7 – 2_5_9_8_4_5_1 |
| Indianapolis IN    46268 | **Name of accountant or bookkeeper** | Dates business existed |
| City    State    ZIP Code | | From 08/20/2016 To 12/14/2019 |

| SPSP, LLC | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| 4287 W. 96th Street | Restaurant | |
| Number    Street | | EIN: 4_6 – 4_5_8_5_8_5_5 |
| Indianapolis IN    46268 | **Name of accountant or bookkeeper** | Dates business existed |
| City    State    ZIP Code | Jeffrey J. Warner, KSM Business Services, Inc. | From 01/20/2014 To Current |

Debtor    Gary Lawrence Brackett
          First Name   Middle Name   Last Name

Case number *(if known)* _____

| | | |
|---|---|---|
| SP Dayton, LLC<br>Business Name<br>4287 W. 96th Street<br>Number   Street<br>Indianapolis IN    46268<br>City     State   ZIP Code | **Describe the nature of the business**<br><br>Restaurant<br><br>**Name of accountant or bookkeeper**<br><br>Jeffrey J. Warner, KSM Business Services, Inc. | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**EIN: 8 2 – 3 6 8 9 7 3 0**<br>Dates business existed<br><br>From 02/22/2019 To Current |
| Prop 58, LLC<br>Business Name<br>4287 W. 96th Street<br>Number   Street<br>Indianapolis IN    46268<br>City     State   ZIP Code | **Describe the nature of the business**<br><br>Real Estate Holding<br><br>**Name of accountant or bookkeeper**<br><br>Jeffrey J. Warner, KSM Business Services, Inc. | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br><br>From 10/24/2012 To 04/05/2021 |
| Brackett Production, LLC<br>Business Name<br>4287 W. 96th Street<br>Number   Street<br>Indianapolis IN    46268<br>City     State   ZIP Code | **Describe the nature of the business**<br><br>Movie Productions<br><br>**Name of accountant or bookkeeper**<br><br>Jeffrey J. Warner, KSM Business Services, Inc. | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br><br>From 05/11/2017 To Current |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

|  | **Date issued** |
|---|---|
| The Huntington National Bank<br>Name<br>c/o Christine S. Dunlap, Vice President<br>Number   Street<br>7 Easton Oval, EA4W67<br><br>Columbus OH    43219<br>City     State   ZIP Code | 03/01/2020<br>MM / DD / YYYY |
| Ragan Brackett<br>Name<br>6841 Fox Lake Dr. S<br>Number   Street<br>Indianapolis IN    46278<br>City     State   ZIP Code | 11/01/2020<br>MM / DD / YYYY |

Debtor ___Gary Lawrence Brackett_____    Case number*(if known)*_____
    First Name      Middle Name     Last Name

| Part 12: | Sign Below |
| --- | --- |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Gary Lawrence Brackett _____    ✖ _____
   Signature of Debtor 1                        Signature of Debtor 2

Date  08/19/2021                Date  _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

| Fill in this information to identify your case: |
|---|

Debtor 1    Gary Lawrence Brackett
        First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Southern District of Indiana

Case number
(if known)

☐ Check if this is
an amended
filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  The Huntington National Bank | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |
| Description of property securing debt:  2013 BMW 750LI | | |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases  Will the lease be assumed?**

Debtor    Gary Lawrence Brackett                                                           Case number *(if known)* _____

---

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ Gary Lawrence Brackett _____    ✖ _____
   Signature of Debtor 1                                                   Signature of Debtor 2

Date  08/19/2021 _____                             Date  08/19/2021 _____
         MM/DD/YYYY                                                    MM/DD/YYYY

516 Northwestern Associates, LP
Purdue Research Foundation
1281 Win Hentschel Blvd.
West Lafayette, IN 47906

Acorn Distribution
5820 Fortune Circle W. Dr.
Indianapolis, IN 46241

ADT Security Service
P.O. Box 371878
Pittsburgh, PA 15250

Airgas National Carbonagtion
P.O. Box 734673
Dallas, TX 75373

Ambrose Southport McFarland, LLC
55 Monument Circle, Suite 450
Indianapolis, IN 46204

Aqua System
7785 E. US Highway 36
Avon, IN 46123

Aramark Linen
2050 W. Oliver Avenue
Indianapolis, IN 46221

ASCAP
21678 Network Place
Chicago, IL 60673

Ascentium Capital, LLC
23970 Highway 59N
Kingwood, TX 77339-0000

Ascentium Capital, LLC
c/o Daniel Moore, Commercial Specialist
5447 E. 5th Street, Suite 110
Tucson, AZ 85711-2345

AT&T
P.O. Box 5014
Carol Stream, IL 60197

Avenue Student
The Preiss Company
1700 Hillsborough St.
Raleigh, NC 27605

Barclays / Mastercard Black Card
P.O. Box 8802
Wilmington, DE 19899-8802

Brackett Productions, LLC
4287 W. 96th Street
Indianapolis, IN 46268

Brackett Restaurant Group, LLC
4287 W. 96th Street
Indianapolis, IN 46268

Bradford & Riley
P.O. Box 441189
Indianapolis, IN 46244

Cardlytics
75 Remittance Dr.
Dept. 3247
Chicago, IL 60675-3247

Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179

Carter Plumbing
866 N. State Road 135, Suite A
Greenwood, IN 46142

Central Restaurant Products
7750 Georgetown Road
Indianapolis, IN 46268

Central Restaurant Products
c/o Commercial Collection Corp
34 Seymour Street
Tonawanda, NY 14150

Christopher J. Long
15338 Dunrobin Drive
Noblesville, IN 46062-0000

Christopher J. Long
c/o Michael T. McNelis, Esq.
9247 N. Meridian Street, #350
Indianapolis, IN 46260-1803

Citizens Energy Group
P.O. Box 7056
Indianapolis, IN 46207

COCA-COLA North America
P.O. Box 10273
Atlanta, GA 30368

Comcast
P.O. Box 70219
Philadelphia, PA 19176

Commercial Parts & Service
10671 Techwood Dr.
Cincinnati, OH 45242

Commercial Parts & Service
204 Linden Ave.
Dayton, OH 45403

Culligan
110 W. Fremont St.
Owatonna, MN 55060

Daniel Carroll
c/o Kathleen Delaney, Attorney
3646 N. Washington Blvd.
Indianapolis, IN 46205

Daniel Carroll

Dayton Power & Light
P.O. Box 740598
Cincinnati, OH 45274

Deaton's Mechanical
1435 Brookville Way, Suite J
Indianapolis, IN 46239

Department of Housing & Neighborhood Health
c/o Marion County Public Health Dept.
3838 N. Rural Street
Indianapolis, IN 46205

Dept 3167 Real Page Utility Manager
P.O. Box 2252
Birmingham, AL 35246

DirecTV
Business Service Center
P.O. Box 410347
Charlotte, NC 28241

Duke Energy
P.O. Box 1326
Charlotte, NC 28201

Ecolab
c/o Receivables Control Corp.
7373 Kirkwood Court, Suite 200
Osseo, MN 55369

Ecolab Food Safety
24198 Network Place
Chicago, IL 60673

Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673

Economy Linen
80 Mead St.
Dayton, OH 45402

Elgin Water Care
1009 Broad Ripple Ave.
Indianapolis, IN 46220

First Financial Bank
P.O. Box 507
Greensburg, IN 47240-0000

First Financial Bank
c/o Matthew T. Barr, Esq.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, IN 46204

First Financial Bank NA
One First Financial Plaza
Terre Haute, IN 47807

Fucheng (James) Wang
10351 Byrne Avenue
Cupertino, CA 95014-0000

Fucheng Wang and Yi-Ku Kung
c/o Paul D. Ludwig, Esq.
151 N. Delaware Street, Suite 1106
Indianapolis, IN 46204

GB IUPUISP, LLC
4287 W. 96th Street
Indianapolis, IN 46268

Gordon Food Service
P.O. Box 1787
Grand Rapids, MI 49501-1787

Great American Finance
P.O. Box 660831
Dallas, TX 75266

Greenwalt-Monon Market
740 W. Green Meadows Dr, Suite 320
Greenfield, IN 46140

Indiana Dept. of Revenue
Bankruptcy Section, N-240
100 N. Senate Avenue
Indianapolis, IN 46204-0000

Indiana Dept. of Workforce Development
10 N. Senate Avenue
Room SE106
Indianapolis, IN 46204-2277

Indiana Logo Sign Group
600 E. 96th Street, Suite 515
Indianapolis, IN 46240-0000

Indy Chamber
111 Monument Circle, Suite 1950
Indianapolis, IN 46204

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IPL / AES
P.O. Box 110
Indianapolis, IN 46206

J L Anderson Heating & Cooling
P.O. Box 8224
Lafayette, IN 47903

Jasmine Stevens
119 Elizabeth St., Unit 515
South Bound Brook, NJ 08880

Keter Environment Service
P.O. Box 417468
Boston, MA 02241

Klosterman Baking Company
4760 Paddock Road
Cincinnati, OH 45229

Koorsen Fire & Security
2719 N. Arlington Ave.
Indianapolis, IN 46218

Lancaster Bingo Company
200 Quarry Rd. SE
P.O. Box 668
Lancaster, OH 43130

Lawndale Plaza
6440 Westfield Blvd.
Indianapolis, IN 46220

Liberty Service, Inc.
1005 S. Main Street
West Milton, OH 45383

Mahoney Environmental
37458 Eagle Way
Chicago, IL 60678

Meridian Oaks Partner
10201 N. Illinois St., Suite 275
Indianapolis, IN 46290

Metropolis Lifestyle Center, LLC
c/o Christopher L. Bills, Esq.
P.O. Box 44961
Indianapolis, IN 46244-0961

Metropolis Lifestyle Center, LLC

Mister Ice of Indianapolis
7954 E. 88th Street
Indianapolis, IN 46256

MomentFeed, Inc.
1540 2nd Street, Suite 302
Santa Monica, CA 90401

Mr. Rooter Plumbing
6886 Hawthorn Park Dr.
Indianapolis, IN 46220

New Jersey Higher Education Student Assistanc
P.O. Box 544
Trenton, NJ 08625-0544

Ohio Department of Taxation
P.O. Box 1090
Columbus, OH 43216-1090

Ohio Dept. of Job & Family Services
P.O. Box 1618
Columbus, OH 43216-1618

Oracle America
500 Oracle Parkway
Redwood City, CA 94065

Piazza Produce
P.O. Box 639476
Cincinnati, OH 45263-9476

Producer-Writers Guild of America Pension Pla
2900 W. Alameda Avenue
Suite 1100
Burbank, CA 91505

Producer-Writers Guild of America Pension Pla
c/o Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, CA 94043

Progressive Southeastern Insurance Co.
c/o Dentons Bingham Greenebaum, LLP
10 W. Market Street, Suite 2700
Indianapolis, IN 46204-0000

Prop 58, LLC
4287 W. 96th Street
Indianapolis, IN 46268

Providence HUD, LLC
941 N. Meridian Street
Indianapolis, IN 46204

Ragan Brackett
6841 Fox Lake Dr. S.
Indianapolis, IN 46278

Ragan Brackett
c/o Eric N. Engebretson, Esq.
8250 Haverstick Rd., Suite 100
Indianapolis, IN 46240

Ragan Brackett
6841 Fox Lake Dr. S
Indianapolis, IN 46278

Ragan Brackett

Rays Trash Service
P.O. Box 1
Clayton, IN 46118

RMS - Restaurant Maintenance
2211 W. 79th Street
Indianapolis, IN 46260

Roto-Rooter Service
5672 Collection Center Drive
Chicago, IL 60693

Rumpke
P.O. Box 538710
Cincinnati, OH 45253

Scott Rand Company, LLC
c/o Tami Hart Kirby, Esq.
One South Main St., Suite 1600
Dayton, OH 45402-2028

Scott Rand Company, LLC

SP Dayton, LLC
4287 W. 96th Street
Indianapolis, IN 46268

SP Plainfield, LLC
4287 W. 96th Street
Indianapolis, IN 46268

Spectrum / Time Warner Cable
P.O. Box 1060
Carol Stream, IL 60132-1060

SPSP, LLC
4287 W. 96th Street
Indianapolis, IN 46268

Sutton-Garten Company
901 N. Senate Avenue
Indianapolis, IN 46202

TCP River Ridge Crossing
McCrea Property Group
9102 N. Meridian St., Suite 230
Indianapolis, IN 46260

Tech Electronics
P.O. Box 66936
St. Louis, MO 61366

THANX, LLC
180 Redwood St., Suite 200
San Francisco, CA 94102

The Huntington National Bank
P.O. Box 5065
Cleveland, OH 44101

The Huntington National Bank
Attn: Christine S. Dunlap, Vice Pres.
7 Easton Oval, EA4W67
Columbus, OH 43219-0000

The Huntington National Bank
c/o Jason R. Burke, Esq.
101 W. Ohio Street, Suite 1700
Indianapolis, IN 46204

U.S. Small Business Administration
8500 Keystone Crossing, Suite 400
Indianapolis, IN 46240

Unifi Equipment
P.O. Box 7365
Ann Arbor, MI 48107

Universal Advertising Associates
2530 Civic Center Dr.
Cincinnati, OH 45231

Vasey Commercial, Inc.
10830 Andreade Dr.
Zionsville, IN 46077

Vectren Energy
P.O. Box 1423
Houston, TX 77251

VNN, Inc.
678 Front Ave. NW, Suite 300
Grand Rapids, MI 49504

Whitlocks Pressure Wash
P.O. Box 391
Connersville, IN 47331

Writers' Guild-Industry Health Fund
2900 W. Alameda Avenue
Suite 1100
Burbank, CA 91505

Writers' Guild-Industry Health Fund
c/o Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, CA 94043

Verification of Creditor List (rev 12/01/18)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:                                     )
Gary Lawrence Brackett                      )        Case No. _____
_____            )
*[Name of Debtor(s)]*                       )              *(xx-xxxxx)*
_____,           )
                            Debtor(s).      )

☐  Check if this form
is submitted with an
amended creditor list.

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:   08/19/2021          

/s/ Gary Lawrence Brackett
_____
Signature of Debtor


_____
Signature of Joint Debtor


**(Note:  Certificate of Service not required.)**

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:    Liquidation

|   |        |                   |
|---|--------|-------------------|
|   | $245   | filing fee        |
|   | $78    | administrative fee |
| + | $15    | trustee surcharge |
|   | $338   | total fee         |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $78    | administrative fee |
|   | $278   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $78    | administrative fee |
|   | $313   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of Indiana

**In re** Gary Lawrence Brackett

Case No. _____

**Debtor**

Chapter ⁷ _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $ 0.00_____

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 375.00_____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Analysis of the Debtor's(s') financial situation and rendering advice to the Debtor(s) in determining whether to file a petition in bankruptcy; preparation and filing of any petition, schedules, statement of affairs and plan which may be required, pursuant to pre-petition engagement agreement with the Debtor(s).

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the Debtor(s) at the meeting of creditors. Representation of the Debtor(s) in any dischargeability actions, any other adversary proceedings, and other post-petition services as may be needed, all per engagement agreement between Debtor(s) and counsel. Total post-petition compensation shall be based upon total hours of legal services rendered at applicable attorney or legal assistant rates, plus expenses, pursuant to a written engagement letter. No post-petition retainer has been requested.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/19/2021

*Date*

/s/ John Allman, 29605-49

*Signature of Attorney*

Hester Baker Krebs LLC

*Name of law firm*

One Indiana Sq
Suite 1330
Indianapolis, IN 46204
317-833-3030
jallman@hbkfirm.com